UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID C. PADGITT,

    Plaintiff,

vs.                                                                   1:07-CV-34-SPM/AK

CITY OF WALDO, FLORIDA
A. W. SMITH and MICHAEL
SZABO,

    Defendants.

_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the "Mediation Report" (doc. 15) and the "Joint Motion for Dismissal with Prejudice" (doc. 17), which advises that the parties have resolved all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. Each party shall bear their own attorney's fees and costs. The Court retains jurisdiction for a period of sixty (60) days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this seventeenth day of January, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge